JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
VALENTIN RIOS,                      ) NO. SACV 11-00741-CJC (MAN)
                                    )
          Petitioner,               )
                                    )
     v.                             ) JUDGMENT
                                    )
SANDRA HUTCHES, et al.,             )
                                    )
          Respondents.              )
_____)
```

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice.

DATED: July 3, 2012.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE